## MARTHA AMOS v. RICHARD AMOS.

A *feme covert* may apply for a divorce for any cause, in her own name, without a *prochein ami*.

Upon a bill for a divorce, the court will, at its discretion, make an allowance to the wife for her maintenance *pendente lite*, and also for counsel fees, whether she be complainant or defendant in the suit.

The allowance to the wife *pendente lite* will be moderate. No inducement should be held out for the oppression of the husband.

The court may make the allowance either with or without a reference to a master.

The allowance may be changed at the discretion of the chancellor, on the application of either party.

Where children are grown up, no allowance should be made on their account.

ON the fourth of January, eighteen hundred and forty-two, the complainant filed her bill of complaint against the defendant, her husband, for a divorce from bed and board, on the ground of extreme cruelty and neglect, and also for alimony and support for herself and her children.

*A. O. Zabriskie,* on behalf of the complainant, now applied for an order upon the defendant for the payment of counsel fees to the complainant's counsel, and also for a proper allowance to the complainant, until the final termination of the suit.

He presented proof of the due service upon the defendant of notice of the application, and also the complainant's petition, verified by her oath.

The petition states that the defendant, more than five years since, by his cruel treatment, compelled the petitioner to leave his house, since which he has made no provision for her support; that the petitioner hath no means of support of her own, but is dependent upon her father, who supports herself and her five children; and that she hath no means whatever of employing counsel or defraying the costs of this suit.

He cited, in support of the motion, *Mix* v. *Mix*, 1 *John. Chan. R.* 108; *Denton* v. *Denton*, 1 *Ibid*, 364.

[Amos v. Amos.]

*S. Cassedy*, contra. The bill is for a limited divorce.. She cannot prosecute the suit alone, but must sue by her next friend : *Wood* v. *Wood*, 2 *Paige*, 454 ; 8 *Wend.* 357 ; 2 *Hoff. Chan. Pr.* 236.

The defendant is entitled to security for costs. The complainant is a non-resident. The husband should not be subjected to the costs and expenses of litigation, without the possibility of remuneration.

Where a husband is complainant, the order for an allowance *pendente lite;* and for counsel fees, may be made, but not when she comes voluntarily into court as complainant.

THE CHANCELLOR. In this state, the practice is settled, that a feme covert may apply for a divorce for any cause, in her own name, without a *prochein ami.*

The court has always found it necessary to aid the wife in the prosecution of the suit, the husband having the whole estate. The court will make the allowance *pendente lite* moderate, and will hold out no inducement for the oppression of the husband. When she is complained against, she has not as just ground for an allowance, as when she is complainant. In either case the allowance may be made, at the discretion of the court.

I deem it unnecessary to refer the matter to a master. That course may be taken, but I have never adopted it. The allowance may be altered at the discretion of the chancellor, on the application of either party. Where children are grown up, it is not proper to make an allowance on their account.

I allow fifty dollars for counsel fees, and two dollars a week for the complainant's maintenance *pendente lite.*

Order accordingly.